

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>　　Plaintiff,<br><br>vs.<br><br>ROBERT A. HELMS,<br>JANNIECE S. KAELIN,<br>DEVEN SELLERS,<br>RONALD BARRERA,<br>VENDETTA ROYALTY PARNTERS, LTD.,<br>VENDETTA ROYALTY MANAGEMENT, LLC,<br>VESTA ROYALTY PARTNERS, LP,<br>VESTA ROYALTY MANAGEMENT, LLC,<br>IRON ROCK ROYALTY PARTNERS, LP,<br>IRON ROCK ROYALTY MANAGEMENT, LLC,<br>ARCADY RESOURCES, LLC,<br>BAREFOOT MINERALS, G.P.,<br>G3 MINERALS, LLC,<br>HALEY OIL COMPANY, INC.,<br>LAKE ROCK, LLC,<br>SEBUD MINERALS, LLC, and<br>TECHNICOLOR MINERALS, G.P.,<br>　　Defendants,<br>and<br><br>WILLIAM L. BARLOW, and<br>GLOBAL CAPITAL VENTURES, LLC,<br>　　Relief Defendants, solely for the purposes of<br>　　equitable relief. | Civil Action No.: A13CV1036LY |

### SUBMISSION OF CERTIFIED STATEMENT OF
### WHITING OIL AND GAS CORPORATION

Whiting Oil and Gas Corporation ("Whiting"), by its attorneys, Welborn Sullivan Meck & Tooley, P.C., and pursuant to ¶ 17 of this Court's December 3, 2013 Order Appointing Receiver ("Order") respectfully submits the attached Certified Statement of oil and gas royalty

interests owned and royalty payments due to Defendants Janniece S. Kaelin (including, at the request of the Receiver, her husband, Charles Kaelin), and Barefoot Minerals, G.P. The certified statement is attached as Exhibit A.

Pursuant to the Order, Whiting has suspended the royalty payments to these Defendants and will disburse these funds only as directed by the Receiver or Court Order.

DATE: March 3, 2014

Respectfully submitted,

WELBORN SULLIVAN MECK & TOOLEY, P.C.

_____
Keith D. Tooley
1125 - 17th Street, Suite 2200
Denver, Colorado 80202
(303) 830-2500
ktooley@wsmtlaw.com

Attorneys for Whiting Oil and Gas Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2014, a true and correct copy of the foregoing was filed and served via U.S. Mail to the following:

Clerk of the Court
United States District Court
for the Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Thomas L. Taylor, III, Esq.
4450 Post Oak Place Drive, Suite 241
Houston, Texas 77027

United States Securities and Exchange Commission
Timothy McCole, Esq.
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
McColeT@SEC.gov

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION §<br>　　　Plaintiff, §<br> §<br>vs. §<br> §<br>ROBERT A. HELMS, §<br>JANNIECE S. KAELIN, §<br>DEVEN SELLERS, §<br>RONALD BARRERA, §<br>VENDETTA ROYALTY PARNTERS, LTD., §<br>VENDETTA ROYALTY MANAGEMENT, LLC, §<br>VESTA ROYALTY PARTNERS, LP, §<br>VESTA ROYALTY MANAGEMENT, LLC, §<br>IRON ROCK ROYALTY PARTNERS, LP, §<br>IRON ROCK ROYALTY MANAGEMENT, LLC, §<br>ARCADY RESOURCES, LLC, §<br>BAREFOOT MINERALS, G.P., §<br>G3 MINERALS, LLC, §<br>HALEY OIL COMPANY, INC., §<br>LAKE ROCK, LLC, §<br>SEBUD MINERALS, LLC, and §<br>TECHNICOLOR MINERALS, G.P., §<br>　　　Defendants, §<br>and §<br> §<br>WILLIAM L. BARLOW, and §<br>GLOBAL CAPITAL VENTURES, LLC, §<br>　　　Relief Defendants, solely for the purposes of §<br>　　　equitable relief. §| Civil Action No.:  A13CV1036LY |

**CERTIFIED STATEMENT**

I, Sheryl Elliott, am the Division Order Supervisor of Whiting Oil and Gas Corporation ("Whiting"). I have personal knowledge of Whiting's royalty payment procedures. The following facts are based on Whiting's business records and are true to the best of my knowledge, information and belief:

1.     I have reviewed the list of Defendants and Relief Defendants set forth in the caption to the December 3, 2013 Order Appointing Receiver ("Order") in this civil action and compared the list with Whiting's royalty owner records.

2.     Whiting generally distributes royalty payments on the last day of each month. Royalties are generally paid 60 days in arrears. By way of example, royalties paid on February 28, 2014 are generally for oil and gas produced during the month of December, 2013.

3.     In accordance with the Order, February 2014 payments to the following Defendants have been suspended:

| Royalty Owner Name | Owner Number | Suspended Royalty Amount (as of February 28, 2014) |
|---|---|---|
| Charles M. Kaelin, husband of Defendant Janniece S. Kaelin | #48587 | $3,902.81 |
| Barefoot Minerals, G.P. | #83777 | $31.66 |

4.     Vendetta Royalty Partners, Ltd., Owner #83808, has been overpaid $10,313.46.

5.     On or about March 28, 2008, Robert A. Helms' interest in the Clayton Unit was reportedly conveyed 100% to Robro Royalty Partners, Ltd. ("Robro"); Robro then conveyed a proportionate 43.075746% to Vendetta Royalty Partners, Ltd.

6.     On or about August 2, 2010, Janniece S. Kaelin's interest in the Putnam Oswego Unit was reportedly conveyed 100% to Robro; Robro then conveyed a proportionate 43.067485% interest to Vendetta Royalty Partners, Ltd.

7.     Defendant Technicolor Minerals, G.P. ("Technicolor") no longer receives royalty disbursements from Whiting. Technicolor's interests in wells known as the G.W. Obrien wells were reportedly conveyed on July 23, 2010, 85% to Donald R. & Marty Horton, and 15% to

2

Barefoot Minerals, G.P. On or about April 15, 2011, Technicolor's interests in the Pohl/Eilers/Grafe wells were reportedly conveyed 100% to Taurus Royalty, LLC.

8. Except as set forth above, the records presented to Whiting reflect that Whiting does not disburse royalties to any of the other named Defendants or to either of the Relief Defendants.

9. Pursuant to the Order, Whiting has suspended all payments to Charles and/or Janniece Kaelin, Vendetta Royalty Partners, Ltd., and Barefoot Minerals, G.P. These royalty payments will be made only as ordered by the Court or as directed by the Receiver.

DATE: March 03, 2014

Respectfully submitted,

WHITING OIL AND GAS CORPORATION

By: _Sheryl Elliott_
Sheryl Elliott, Division Order Supervisor

STATE OF COLORADO  )
                   )ss.
COUNTY OF Denver   )

I hereby certify that the foregoing **CERTIFIED STATEMENT** was sworn to and subscribed before me by Sheryl Elliott on this 3rd day of March 2014.

Witness my hand and official seal.

My commission expires: 12/1/15

_Maura M._
Notary Public, State of Colorado

3