IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ROBERT A. HELMS, ET AL., § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> WILLIAM L. BARLOW, and § <br> GLOBAL CAPITAL VENTURES, LLC, § <br> § <br> Relief Defendants, solely for the purposes of § <br> equitable relief. § <br> § | Civil Action No.: <br> 1:13-cv-1036-LY |

## CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT ROLAND BARRERA

According to the official Court file in the above-captioned action, the *Complaint* of the Plaintiff Securities and Exchange Commission ("Commission") was filed on December 3, 2013, in the office of the United States District Clerk for the Western District of Texas, Austin Division, ("Clerk"), against Defendant Roland Barrera and others, Civil Action 1:13-cv-1036-LY.

Service of the *Complaint* was made upon Defendant Roland Barrera ("Defendant") on December 5, 2013. Dkt. 34 at 2. The executed service of the Summons and Complaint upon Defendant was filed with the Court on December 11, 2013. *Id.*

As of the date of this entry, no answer has been filed with the Clerk on behalf of Defendant nor has Defendant otherwise defended herein.

WHEREFORE the default of Defendant Roland Barrera is hereby entered on this \_\_\_18th\_\_\_ day of \_\_\_April\_\_\_ 2014.

**WILLIAM G. PUTNICKI** /s/ Dianne Massie
Clerk, United States District Court     Deputy Clerk
Western District of Texas

Clerk's Entry of Default as to Defendant Roland Barrera
SEC v. Robert A. Helms et al.

Page 2 of 2