FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2016 AUG -8  PM 1:50

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Plaintiff,<br><br>v.<br><br>ROBERT A. HELMS, et al.<br>        Defendants,<br><br>and<br><br>WILLIAM L. BARLOW and GLOBAL CAPITAL VENTURES, LLC,<br>        Relief Defendants, solely for<br>        the purpose of equitable relief. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-13-CV-01036 ML |

**ORDER DISMISSING ACTION AGAINST RELIEF DEFENDANTS WILLIAM L. BARLOW AND GLOBAL CAPITAL VENTURES, LLC WITH PREJUDICE**

The Court, having considered the motion by the Plaintiff, Securities and Exchange Commission ("SEC"), to dismiss its action against the Relief Defendants, William L. Barlow and Global Capital Ventures, LLC ("Global"), finds that the motion should be, and hereby is GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed *with prejudice* against Barlow and Global.

Dated:    8/8/2016

MARK LANE
UNITED STATES MAGISTRATE JUDGE