## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:13-cv-01036-ML |
| | § | |
| ROBERT A. HELMS, ET AL., | § | |
| *Defendants,* | § | |
| | § | |
| and | § | |
| | § | |
| WILLIAM L. BARLOW AND GLOBAL CAPITAL | § | |
| VENTURES, LLC, | § | |
| *Relief Defendants, solely for the* | § | |
| *purposes of equitable relief.* | § | |

## ORDER

On January 2, 2019, the Court issued an order approving the Final Distribution of Assets (and related relief) in this matter. Dkt. #399. On January 9, 2019 the Court-appointed Receiver gave notice of the Final Distribution to the Investors. Dkt. #400. In accordance with the Orders of District Judge Lee Yeakel in the parallel criminal proceedings, see Cause No. 1:16-CR-023(1)-LY, Dkt. #133 and Cause No. 1:16-CR-023(2)-LY, Dkt. #135, a Final Accounting of disbursements was filed. *See* Dkt. #401, #402.

Accordingly, all terms of the Final Judgment having been complied with, the **STAY** is **LIFTED**. The **Clerk of Court** is directed to **CLOSE** this matter.

SIGNED March 20, 2019.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE